UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

Luis Angel Alvarez Roman,

                Plaintiff,

vs.

City of Lorain, Ohio, *et al.*,

                Defendants.

DATE: December 11, 2024

CASE NO. 1:23CV02348

JUDGE PATRICIA A. GAUGHAN

MAGISTRATE JUDGE JONATHAN D. GREENBERG

ECRO: A. Faluski

Plaintiff/Representative:
Luis Angel Alvarez Roman

Attorneys for Plaintiff:
Edward R. Forman
Madeline J. Rettig

Interpreter: Ana Lahr

City Defendant/Representative:
James P. McCann
Marcus Rivera
Sean O'Donnell
Ray Carrion
Christopher Colon

Attorney for City Defendants:
Joseph T. LaVeck
Scott Bowles

County Defendant/Representative:
Albert Francis
Chelsea Irish

Attorneys for County Defendants:
David M. Smith
Matthew R. Janack

PROCEEDINGS: A mediation conference was conducted on December 11, 2024, with the above participants.

    As to the City Defendants, the parties were able to reach an agreement. The parties shall file a notice of dismissal of the City Defendants with prejudice by close of business (5:00 p.m.) on January 31, 2025. The Court will retain jurisdiction to enforce the settlement agreement.

    As to the County Defendants, the parties continue to negotiate. A continued mediation

conference is scheduled for **December 23, 2024, at 2:00 p.m.**, in Chambers 10B, Carl B. Stokes United States Courthouse, 801 West Superior Avenue, Cleveland, Ohio.  All parties must be appear in person.

---

  4.5 hrs
Total Time

                                                    *s/ Jonathan D. Greenberg*
                                                    United States Magistrate Judge