# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LUIS ANGEL ALVAREZ ROMAN, | : | |
| | : | CIVIL ACTION NO. 1:23-cv-02348 |
| Plaintiff, | : | |
| | : | JUDGE PATRICIA A. GAUGHAN |
| v. | : | |
| | : | |
| CITY OF LORAIN, OHIO, *ET AL.*, | : | |
| | : | |
| Defendants. | : | |

## JOINT STATUS REPORT OF THE PARTIES

On December 12, 2024, the parties met pursuant to the Court's Case Management Order. The parties submit as follows:

**1. Discovery**

Discovery is complete.

**2. Settlement**

The parties recently conducted a settlement conference before Magistrate Greenberg. As a result of the mediation, Plaintiff's claims against the City of Lorain Defendants have been resolved and the Court can anticipate a Notice of Dismissal with Prejudice of all claims against the following Defendants no later than January 31, 2025:

(1) City of Lorain, Ohio

(2) James P. McCann

(3) Marcus Rivera

(4) Christopher Colon

Plaintiff and the County Defendants were unable to reach a resolution. Plaintiff and the County Defendants will continue mediation in front of Magistrate Greenberg on December 23,

2024.

**3. Issues to be addressed**

No issues at this time.

Respectfully submitted:

By: *Madeline J. Rettig*
Madeline J. Rettig (0098816)
(mrettig@marshallforman.com)
Edward R. Forman (0076651)
(eforman@marshallforman.com)
John S. Marshall (0015160)
(jmarshall@marshallforman.com)
Samuel M. Schlein (0092194)
(sschlein@marshallforman.com)
Helen M. Robinson (0097070)
(hrobinson@marshallforman.com)
MARSHALL FORMAN & SCHLEIN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

*Counsel for Plaintiff Roman Alvarez*

By:/s/ *Joseph T. LaVeck (per email consent)*
Patrick D. Riley, Esq (0006642)
City of Lorain Law Director
Joseph T. LaVeck, Esq (0092326)
Assistant Law Director & Police Legal Advisor
Joseph H. Pritchard, Esq (0101301)
Assistant Law Director
200 West Erie Ave., 3rd floor
Lorain, Ohio 44052
T: (440) 204-2250
F: (440) 204-2257
E: joseph_laveck@cityoflorain.org

*Counsel for City of Lorain Defendants*


By: */s/ Nicholas J. Hanek (per email consent)*
NICHOLAS J. HANEK (0083578)
DAVID M. SMITH (0079400)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Ste. 600
Cleveland, Ohio 44122
(216) 831-0042
(216) 831-0542 – Fax
dsmith@meyersroman.com
nhanek@meyersroman.com

*Counsel for Defendants Lorain County and Stammitti*