UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS--CIVIL

| | |
|---|---|
| Luis Angel Alvarez Roman, | DATE: December 23, 2024 |
| | CASE NO. 1:23CV02348 |
| Plaintiff, | JUDGE PATRICIA A. GAUGHAN |
| vs. | |
| City of Lorain, Ohio, *et al.*, | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| Defendants. | ECRO: P. Espionoza |

Plaintiff/Representative:
Luis Angel Alvarez Roman

Attorney for Plaintiff:
Edward R. Forman

Interpreter: Ana Lahr

County Defendant/Representative:
Albert Francis

Attorneys for County Defendants:
David M. Smith
Matthew R. Janack

PROCEEDINGS:  A continued mediation conference was conducted on December 23, 2024, with the above participants.

As to the County Defendants, the parties were able to reach an agreement. The parties shall file a notice of dismissal of the County Defendants with prejudice by close of business (5:00 p.m.) on January 31, 2025. The Court will retain jurisdiction to enforce the settlement agreement.

  2 hrs
Total Time

*s/ Jonathan D. Greenberg*
United States Magistrate Judge