**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| LUIS ANGEL ALVAREZ ROMAN, : | |
| : | CIVIL ACTION NO. 1:23-cv-02348 |
| Plaintiff, : | |
| : | JUDGE PATRICIA A. GAUGHAN |
| v. : | |
| : | |
| CITY OF LORAIN, OHIO, *ET AL.*, : | |
| : | |
| Defendants. : | |

**JOINT MOTION BY PLAINTIFF AND COUNTY DEFENDANTS TO EXTEND THE DEADLINE FOR PLAINTIFF'S DISMISSAL AGAINST COUNTY DEFENDANTS**

The undersigned counsel for the parties hereby jointly and respectfully request that this Court extend the deadline for filing Plaintiff's dismissal against the County Defendants. Due to an unanticipated delay, and despite diligent efforts, the County Defendants require additional time to issue the settlement payment in this matter. As such, the Parties jointly request a one-week extension (until February 7, 2025) for Plaintiff's filing of the dismissal against the County Defendants to allow payment to be issued ahead of the same.

Respectfully submitted:

By: */s/ David M. Smith*
DAVID M. SMITH (0079400)
NICHOLAS J. HANEK (0083578)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Ste. 600
Cleveland, Ohio 44122
(216) 831-0042
(216) 831-0542 – Fax
dsmith@meyersroman.com
nhanek@meyersroman.com

*Counsel for Lorain County Defendants*

By: /s/ *Madeline J. Rettig*
Madeline J. Rettig (0098816)
*(mrettig@marshallforman.com)*
John S. Marshall (0015160)
*(jmarshall@marshallforman.com)*
Edward R. Forman (0076651)
*(eforman@marshallforman.com)*
Samuel M. Schlein (0092194)
(*sschlein@marshallforman.com*)
Helen M. Robinson (0097070)
*(hrobinson@marshallforman.com)*
MARSHALL FORMAN & SCHLEIN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296

1

(614) 463-9790
Fax (614) 463-9780

*Counsel for Plaintiff*