IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS ANGEL ALVAREZ ROMAN, | : | |
| | : | CIVIL ACTION NO. 1:23-cv-02348 |
| Plaintiff, | : | |
| | : | JUDGE PATRICIA A. GAUGHAN |
| v. | : | |
| | : | |
| CITY OF LORAIN, OHIO, *ET AL.*, | : | |
| | : | |
| Defendants. | : | |

SO ORDERED.
/s/ Patricia A. Gaughan
2/3/25

## STIPULATION OF DISMISSAL

Plaintiff Luis Angel Alvarez Roman and the City of Lorain Defendants (including its individual defendants, James P. McCann, Marcus Rivera, and Christopher Colon), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that this Action be dismissed with prejudice. Each party bears their own costs.

Respectfully Submitted,

By:*/s/ Joseph T. LaVeck*
Patrick D. Riley, Esq (0006642)
City of Lorain Law Director
Joseph T. LaVeck, Esq (0092326)
Assistant Law Director & Police Legal Advisor
Joseph H. Pritchard, Esq (0101301)
Assistant Law Director
200 West Erie Ave., 3rd floor
Lorain, Ohio 44052
T: (440) 204-2250
F: (440) 204-2257
E: joseph_laveck@cityoflorain.org

*Counsel for City of Lorain Defendants*

*/s/ Madeline J. Rettig*
Madeline J. Rettig (0098816)
(*mrettig@marshallforman.com*)
Edward R. Forman (0076651)
(*eforman@marshallforman.com*)
John S. Marshall (0015160)
(*jmarshall@marshallforman.com*)
Samuel M. Schlein (0092194)
(*sschlein@marshallforman.com*)
Helen M. Robinson (0097070)
(*hrobinson@marshallforman.com*)
MARSHALL FORMAN & SCHLEIN LLC
250 Civic Center Dr. Suite 480
Columbus, OH 43215
614-463-9790
Fax 614-463-9780

**OF COUNSEL:**
Louis A. Jacobs (002101)

1