IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS ANGEL ALVAREZ ROMAN, | : | |
| | : | CIVIL ACTION NO. 1:23-cv-02348 |
| Plaintiff, | : | |
| | : | JUDGE PATRICIA A. GAUGHAN |
| v. | : | |
| | : | |
| CITY OF LORAIN, OHIO, *ET AL.*, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL**

Plaintiff Luis Angel Alvarez Roman and the County of Lorain Defendants (including its individual defendants, Phil R. Stammitti, Jacob Bell, Darnell Board, William Newbury, Amon Willis, Scott Zimmerman, and Stephanie Suter), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that this Action be dismissed with prejudice. Each party bears their own costs.

Respectfully Submitted,

By: */s/ David M. Smith*
DAVID M. SMITH (0079400)
NICHOLAS J. HANEK (0083578)
Meyers, Roman, Friedberg & Lewis
28601 Chagrin Blvd., Ste. 600
Cleveland, Ohio 44122
(216) 831-0042
(216) 831-0542 – Fax
dsmith@meyersroman.com
nhanek@meyersroman.com

*Counsel for Lorain County Defendants*

*/s/ Madeline J. Rettig*
Madeline J. Rettig (0098816)
(*mrettig@marshallforman.com*)
Edward R. Forman (0076651)
(*eforman@marshallforman.com*)
John S. Marshall (0015160)
(*jmarshall@marshallforman.com*)
Samuel M. Schlein (0092194)
(*sschlein@marshallforman.com)*
Helen M. Robinson (0097070)
(*hrobinson@marshallforman.com*)
MARSHALL FORMAN & SCHLEIN LLC
250 Civic Center Dr. Suite 480
Columbus, OH 43215
614-463-9790
Fax 614-463-9780

                                **OF COUNSEL:**
                                Louis A. Jacobs (002101)
                                (*LAJOhio@aol.com*)
                                177 19th St., Apt. 9C
                                Oakland, CA 94612
                                (614) 203-1255
                                Fax (614) 463-9780

                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing was filed with this Court using the CM/ECF system on February 3, 2025, which will automatically notify all counsel of record.

                                By: */s/ Madeline J. Rettig*
                                Madeline J. Rettig (0098816)